RECEIVED
MAY 17 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA DIPIERRO, *et al.*, | Civil Action No. 17-7477 (PGS)(LHG) |
| Plaintiffs, | |
| v. | **PRETRIAL** |
| DITECH FINANCIAL, LLC, | **SCHEDULING ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court for a telephonic status conference on May 2, 2018 pursuant to Fed. R. Civ. P. 16; Javier Merino, Esq., of Dann & Merino, PC, appearing on behalf of Plaintiffs; David Murphy, Esq., of Reed Smith, LLP, appearing on behalf of Defendant; the Court having set certain deadlines during the conference with the participation of counsel; and for good cause shown,

**IT IS** on this 17th day of **May, 2018**,

**ORDERED** that counsel are to meet and confer by no later than **May 4, 2018** as to the documents Plaintiffs are seeking in order to calculate their alleged damages; and it is further

**ORDERED** that by no later than **May 9, 2018**, counsel for Defendant is to advise whether the documents sought will be produced; if Defendant is producing, they are to do so by no later than **May 15, 2018**; if Defendant is not producing, the parties are to submit a joint letter by no later than **May 18, 2018** as to their dispute; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by letter, no more than five pages in total, setting forth the nature of the dispute and any efforts to resolve it. Any response shall be similarly limited to five pages in total and shall be submitted within forty-eight hours of the initial letter. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a telephone status conference is scheduled for **June 1, 2018 at 9:30 a.m.**, with Defendant's counsel to initiate the telephone call; and it is further

1

**ORDERED** that a date for the final pretrial conference will be set at a later date; and it is further

**ORDERED** that counsel are further directed to meet together by agreement, initiated by Defendant's counsel no later than twenty days before the date of the pretrial conference to:

    a.    discuss settlement;

    b.    stipulate to as many facts and issues as possible;

    c.    prepare a Final Pretrial Order in the form and content as required by the Court. Plaintiffs' counsel will prepare the Final Pretrial Order and will submit it to all other counsel for approval and execution. Counsel are responsible for the timely submission of the Final Pretrial Stipulation and Order;

    d.    examine all exhibits and documents proposed to be used at trial;

    e.    complete all other matters which may expedite both the pretrial and trial of the case.

**ORDERED** that appropriate markers shall be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of the counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed; and it is further

**ORDERED** that at the pretrial conference counsel should be prepared to discuss settlement of the case. Clients must be available by telephone; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions; and it is further

**ORDERED** that the parties are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. This equipment includes an evidence presentation system, which consists of a document camera and a projector. The projector may be used to display images which originate from a variety of sources, including television, VCR and personal computer. The document camera may be used to display documents, photographs, charts, transparencies and small objects. For further information, please contact the Courtroom Deputy Ivannya Fitzgerald at 609-989-2114; and it is further

**ORDERED** that counsel are invited to use the George H. Barlow Attorney Conference Room located on the third floor of the Courthouse Annex. The room is equipped with telephones, laptop access/printer, copier and fax.

**LOIS H. GOODMAN**
**United States Magistrate Judge**